Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for JORGE LUÍS LAURIANO-RIOS
(aka ADRIÁN CRUZ-RIOS)

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JORGE LUÍS LAURIANO-RIOS<br>(aka ADRIÁN CRUZ-RIOS),<br><br>         Defendant. | Case No. 1:10-cr-00265-OWW<br><br>STIPULATION TO CONTINUE<br>STATUS HEARING and<br>ORDER<br><br><br>Date:   March 7, 2011<br>Time:   1:30 p.m.<br>Court:  Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN SERVATIUS, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

  1.  On January 30, 2011 counsel for the defendant mailed to the Mexican Consulate a Declaration for Patricia Rios in Support of Request for

*Stipulation and  Order re:  evidentiary hearing on motion to suppress*                         *1*

PDF created with pdfFactory trial version www.pdffactory.com

Finding of Defendant's True Age. The Consulate had agreed to help counsel locate defendant's mother and obtain her signature in Mexico.

2. On February 7, 2011, Lester Velásquez called from the consulate and spoke with Ms. Milrod's assistant. Mr. Velásquez had questions about who could translate and who would pay for someone to translate. Ms. Milrod's assistant informed Mr. Velásquez that depending on the amount of money her office would need to ask the Court for permission to incur such an expense. At that time Mr. Velásquez had no further questions.

3. On February 9, 2011 Mr. Velásquez called Ms. Milrod's office requesting additional information about the defendant's charges. Ms. Milrod gave Mr. Velásquez the information he requested. Because Mr. Lauriano-Rios's family lives in a very isolated village, Mr. Velásquez could not give Ms. Milrod any reliable estimate when consular officials would be able to secure Ms. Rios' signature on the declaration. Ms. Milrod mentioned to him how difficult it is to contact the consulate in Fresno: both Ms. Milrod and her assistant had encountered busy signals for hours each time we have tried to contact them. Mr. Velasquez acknowledged the problem, apologized for the inconvenience, and provided an additional telephone number (but which he could not promise would be any less congested).

*Stipulation and Order re: evidentiary hearing on motion to suppress*     2

PDF created with pdfFactory trial version www.pdffactory.com

4. Not having heard from Mr. Velásquez, and mindful that the next hearing in this Court is scheduled for March 7, 2011, on March 2 Ms. Milrod's assistant tried contacting him at the Consulate between 3:00 p.m. and 4:00 p.m., but upon repeated tries found all lines busy.

5. On March 3, 2011, Ms. Milrod's assistant again tried repeatedly to contact Mr. Velásquez at the Consulate between 9:00 a.m. and at 9:30 a.m., and again the lines were busy.

6. On March 3, 2011, the parties conferred and agreed to put over the hearing to allow sufficient time to get a status report from the Consulate.

7. Therefore, the parties hereby stipulate to an order continuing the date for the hearing, from March 7, 2011 at 1:30 p.m. to a new date of March 28, 2011 at 1:30 p.m

IT IS SO STIPULATED.

Dated: March 4, 2011
/s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant
JORGE LUÍS LAURIANO-RIOS
(aka ADRIÁN CRUZ-RIOS)

Dated: March 4, 2011
/s/ Kathleen Servatius
United States Attorney
LAWRENCE G. BROWN
By KATHLEEN SERVATIUS
Assistant U.S. Attorney

///

*Stipulation and Order re: evidentiary hearing on motion to suppress*                                      *3*

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing in this matter now set for Monday, March 7, 2011, at 1:30 p.m. is vacated, and the hearing is continued to Monday, March 28, 2011, at 1:30 p.m., in the courtroom of the Hon. Oliver W. Wanger.

IT IS SO ORDERED.

Dated:  March 3, 2011            /s/ OLIVER W. WANGER
                                 United States District Judge

*Stipulation and Order re:  evidentiary hearing on motion to suppress*                    4

PDF created with pdfFactory trial version www.pdffactory.com