Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for JORGE LUÍS LAURIANO-RIOS
(aka ADRIÁN CRUZ-RIOS)

## IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JORGE LUÍS LAURIANO-RIOS ) <br> (aka ADRIÁN CRUZ-RIOS), ) <br> ) <br> Defendant. ) | Case No. 1:10-cr-00265-OWW <br><br> **STIPULATION TO CONTINUE** <br> **STATUS HEARING and ORDER** <br><br><br><br> Date:     May 16, 2011 <br> Time:    1:30 p.m. <br> Court:   Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN SERVATIUS, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

1. Between February 7, 2011 and the date of the last hearing, March 28, 2011, defense counsel's office has initiated seven contacts with Lester Velásquez of the Mexican Consulate, attempting to find out the status

*Stipulation and Order re:  status hearing     1*

of Mr. Lauriano-Rios' request to have his mother sign a declaration in support of his True Age motion.  (Please see, Stipulation to Continue Status Hearing, dated March 3, 2011, docket number 54.)  All attempts have resulted in the Consul informing Ms. Milrod that the Consulate cannot give a date by which a signed declaration will be in her possession.

2. On March 25, 2011, Ms. Milrod's assistant again emailed Mr. Velásquez for an update in order to prepare for the upcoming hearing on March 28, 2011.  Mr. Velásquez replied to Ms. Milrod's assistant's email on March 28, 2011, informing her that the Mexican authorities are still trying to find out if Mr. Lauriano-Rios' mother lives in Santiago Cuixtla.  Again, Mr. Velásquez could not give us an estimate of how long this request would take.

3. On April 25, 2011, Ms. Milrod's assistant again emailed Mr. Velásquez for an update, and also requested the Consul help obtain Mr. Lauriano-Rios' school certificate, which may have both Mr. Lauriano-Rios' photograph and his date of birth.  Mr. Velásquez responded the same day and informed Ms. Milrod's assistant that the delegation recently sent a formal request to the Municipal Director of the DIF (Desarrollo Integral de la Familia), an agency in Mexico similar to Child Protection Services, so they will help in locating the mother at that level, or make a new request to the local authorities in Santiago Cuixtla who would

*Stipulation and Order re:  status hearing     2*

probably go locate her themselves.  Further Mr. Velásquez stated that he would put in a new request to obtain Mr. Lauriano-Rios' school certificate.

4. On April 29, 2011 Ms. Milrod's assistant emailed Mr. Velásquez to inquire whether or not the school certificate would have Mr. Lauriano-Rios' age or birth date on it.  Mr. Velásquez responded on May 3, 2011.  He informed Ms. Milrod's assistant that not all Mexican school certificates have a birth date on them.

5. On May 9, 2011, Ms. Milrod's assistant emailed Mr. Velásquez informing him that this matter has become urgent and need a more definite answer as to when we will have these documents.  Mr. Velásquez responded the same day and informed Ms. Milrod's assistant that the Consulate had notified the Delegation of the Mexican Ministry of Foreign Affairs in Oaxaca of the urgency of this case.  On May 4, 2011, the Consulate had sent a new communication, requesting that the Ministry obtain a copy of the school certificate.  Mr. Velásquez further stated that there is no other way to speed up the process, given that the response to such a request is channeled through several different institutions:  that is, the Ministry of Foreign Affairs requests information from the Municipal authorities (as it was done to locate the mother), or in the case of the request to obtain the school certificate, to the Ministry of Public Education.  He could not provide Ms. Milrod's

*Stipulation and Order re:  status hearing     3*

assistant with a definite time by which these documents would be in defense counsel's possession.

6. On May 10, 2011 Ms. Milrod's assistant emailed Mr. Velásquez and asked him if there was someone in the delegation that they could call to help facilitate this matter. As of this date Ms. Milrod's assistant has not heard back from Mr. Velásquez.

7. On May 10, 2011, the parties conferred and agreed to put over the hearing to allow sufficient time to get the requested documents from the Consulate.

8. Therefore, the parties hereby stipulate to an order continuing the date for the hearing, from May 16, 2011 at 1:30 p.m. to a new date of May 31, 2011 at 9:00 a.m

IT IS SO STIPULATED.

Dated: May 12, 2011      /s/ Patience Milrod
                         PATIENCE MILROD
                         Attorney for defendant
                         JORGE LUÍS LAURIANO-RIOS
                         (aka ADRIÁN CRUZ-RIOS)


Dated: May 12, 2011      /s/ Kathleen Servatius
                         United States Attorney
                         LAWRENCE G. BROWN
                         By KATHLEEN SERVATIUS
                         Assistant U.S. Attorney

///

///

*Stipulation and Order re: status hearing     4*

///

///

# ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing in this matter now set for Monday, May 16, 2011, at 1:30 p.m. is vacated, and the hearing is continued to Monday, May 31, 2011, at 9:00 a.m., in the courtroom of the Hon. Oliver W. Wanger.

IT IS SO ORDERED.

Dated:   **May 12, 2011**          /s/ **Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE

*Stipulation and Order re: status hearing    5*