Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for JORGE LUÍS LAURIANO-RIOS
(aka ADRIÁN CRUZ-RIOS)

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JORGE LUÍS LAURIANO-RIOS ) <br> (aka ADRIÁN CRUZ-RIOS), ) <br> ) <br> Defendant. ) | Case No. 1:10-cr-00265-OWW <br><br> **STIPULATION TO ADVANCE** <br> **SENTENCING HEARING and ORDER** <br><br><br> Date:   July 11, 2011 <br> Time:  9:00 a.m. <br> Court:  Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN SERVATIUS, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant that the sentencing hearing in the above-captioned matter now set for August 8, 2011, may be advanced to July 11, 2011, at 9:00 a.m.

*Stipulation and Order re:  Advancing hearing*                                                                                 *1*

The parties request this change of date to expedite proceedings because the parties agree that there are no contested sentencing issues.

IT IS SO STIPULATED.

Dated: July 5, 2011                    /s/ Patience Milrod
                                       PATIENCE MILROD
                                       Attorney for defendant
                                       JORGE LUÍS LAURIANO-RIOS
                                       (aka ADRIÁN CRUZ-RIOS)


Dated: July 5, 2011                    /s/ Kathleen Servatius
                                       United States Attorney
                                       LAWRENCE G. BROWN
                                       By KATHLEEN SERVATIUS
                                       Assistant U.S. Attorney


## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing in this matter now set for August 8, 2011 at 1:30 p.m. is vacated, and the hearing is advanced to Monday, July 11, 2011, at 9:00 a.m., in the courtroom of the Hon. Oliver W. Wanger.

IT IS SO ORDERED.

Dated:  **July 5, 2011**          /s/ **Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE

*Stipulation and Order re:  Advancing hearing*                              2